**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:
- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
02/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Christopher**<br>First name<br><br>**P.**<br>Middle name<br><br>**Evans**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2349** | |

Debtor 1  **Christopher P. Evans** _____  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EIN |
| **5. Where you live** | **5430 5th Ave. South**<br>**Saint Petersburg, FL 33707**<br>Number, Street, City, State & ZIP Code<br><br>**Pinellas**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1   **Christopher P. Evans**                                    Case number *(if known)*

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | Relationship to you |
|---|---|
| District | When | Case number, if known |
| Debtor | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.   Go to line 12.
- ☐ Yes.   Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Christopher P. Evans** _____    Case number *(if known)* _____

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Christopher P. Evans** _____  Case number *(if known)* _____

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    **Christopher P. Evans**                                           Case number *(if known)*

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Christopher P. Evans**
_____               _____
**Christopher P. Evans**                                                            Signature of Debtor 2
Signature of Debtor 1

Executed on   **March 25, 2020**                         Executed on   _____
              MM / DD / YYYY                                           MM / DD / YYYY

Debtor 1  **Christopher P. Evans**                                    Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Linda Lee Wynn**                                Date    **March 25, 2020**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Linda Lee Wynn**
Printed name

**The Law Offices of Linda Lee Wynn P.A.**
Firm name

**P.O. Box 48856**
**Tampa, FL 33646**
Number, Street, City, State & ZIP Code

Contact phone  **8132744994**                    Email address    **LWYNNLAW@aol.com**

**0878529 FL**
Bar number & State

Christopher P. Evans
5430 5th Ave. South
Saint Petersburg, FL 33707

Bay Area Surgical Associates
1901 Martin Luther King St N
#B
Saint Petersburg, FL 33704

Bayfront Medical Center LLC
P.O. Box 30391
Tampa, FL 33630

Linda Lee Wynn
The Law Offices of Linda Lee Wynn P.A.
P.O. Box 48856
Tampa, FL 33646

Bay Center for Jaw Surgery
168 14th St. SW
#B
Largo, FL 33770

Bayfront Medical Center LLC
P.O. Box 74237
Atlanta, GA 30374

All Florida Orthopedic
Associates
P.O. Box 76359
Saint Petersburg, FL 33734

Bayfront Anesthesia Services
PO Box 22005
Saint Petersburg, FL 33742

Botsford General Hospital
28050 Grand River Avenue
Farmington Hills, MI 48336

Alliance One Receivables
Mgt Inc
4850 Street Rd #300
Trevose, PA 19053

Bayfront Family Medical
Center
P.O. Box 14099
Belfast, ME 04915

Capio Partners LLC
2222 Texoma Parkway
# 150
Sherman, TX 75090

Ameripath Florida LLC
PO Box 105158
Atlanta, GA 30348

Bayfront Health System
PO Box 30391
Tampa, FL 33630

Capital One Bank (USA) (NA)
PO Box 71083
Charlotte, NC 28272

Anaheim Regional Medical
Center
1111 W. LaPalma Ave
Anaheim, CA 92801

Bayfront HMA Medical Center
LLC
P.O. Box 5157
Belfast, ME 04915

Carson Smithfield LLC
P.O. Box 9216
Old Bethpage, NY 11804

AR Resources
P.O. Box 1056
Blue Bell, PA 19422

Bayfront HMA Medical Center
LLC
P.O. Box 100010
Atlanta, GA 30384

Central Neurology
P.O. Box 5417
Largo, FL 33779

ARS National Services Inc
P.O. Box 4699046
Escondido, CA 92046

Bayfront HMA Medical Center
LLC
P.O. Box 74237
Atlanta, GA 30374

Choice Recovery
PO Box 20790
Columbus, OH 43220

Atlantic Credit & Finance
Inc
P.O. Box 2001
Warren, MI 48090

Bayfront Medical Center LLC
P.O. Box 100221
Atlanta, GA 30384

Choice Recovery
1550 Old Henderson Rd #100
Columbus, OH 43220

Clear-Tech Inc
P.O. Box 41750
Saint Petersburg, FL 33743-7000

Coast Dental
10500 University Ctr. Dr
#200
Tampa, FL 33612

CP Medical LLC
803 NE 25th Ave
Portland, OR 97232

Cross America
461 W 6th St #211
San Pedro, CA 90731

David M. McKalip MD PA
1201 5th Ave N #210
Saint Petersburg, FL 33705

Dermatology Diagnostics
2201 Central Ave
#200
Saint Petersburg, FL 33713

Duva-Sawko ED Billing & Mgt Solutions
PO Box 10030
Daytona Beach, FL 32120

EGS Financial Care
P.O. Box 960013
Orlando, FL 32896

EGS Financial Care Inc
PO Box 1020
Dept 806
Horsham, PA 19044

Emergency Medical Assoc of Florida LLC
PO Box 10030
Daytona Beach, FL 32120

Emergency Medical Associates of Florida Inc
PO Box 550643
Tampa, FL 33655

FCBS Inc
330 Warminster Rd
#353
Hatboro, PA 19040

FFCC Florida
1550 Old Henderson Rd #100
Columbus, OH 43220

Financial Credit Services
PO Box 90
Clearwater, FL 33757

Fla. Medical Eqpt Services
Rotech Healthcare Inc
P.O. Box 4769
Plant City, FL 33563

Focus Receiveables Mgt
1130 Northchase Pky
#150
Marietta, GA 30067

Gulf Coast Dermatopatholgy Lab
6001 Memorial Hwy
Tampa, FL 33615

Household Bank
HSBC Card Services
PO Box 5222
Carol Stream, IL 60197

HSBC Bank Nevada
1118 Town Center Drive
Las Vegas, NV 89144

IC System Inc
P.O. Box 64378
Saint Paul, MN 55164

Innovation Imaging Associates PA
PO Box 55326
Tampa, FL 33655

Internal Revenue Service
Austin, TX 73301

Interstate Credit & Collection Inc.
P.O. Box 3136
Winston Salem, NC 27102

J C Penney
PO Box 960090
Orlando, FL 32896

James N. Casesa P.A.
3845 5th Ave N.
Saint Petersburg, FL 33713

John F Kirk MD
4444 Central Ave
Saint Petersburg, FL 33711

Laboratory Physicians PA
PO Box 15937
St. Petersburg, FL

Laboratory Physicians PA
PO Box 402643
Atlanta, GA 30384

Lifetime Vision
Care/
Jeffrey D. Phillips OD
1903 Tyrone Blvd
Largo, FL 33779

Lincare Inc
P.O. Box 5087
Clearwater, FL 33758

Lincare Inc
P.O. Box 105750
Atlanta, GA 30348

Lincare Inc
8040 Bryan Dairy Rd #A
Seminole, FL 33777

MAF Collection Services
P.O. Box 2842
Tampa, FL 33601

MAF Collection Services
P.O. Box 2842
Tampa, FL 33601

Medical Business Consultants
3493 Tyrone Blvd
Saint Petersburg, FL 33710

Merrick Bank
PO Box 171379
Salt Lake City, UT 84117-1379

Merrick Bank
c/o Phillips & Cohen Assoc
Mail Stop:147
1002 Justison Street
Wilmington, DE 19801-5148

Merrick Bank
P.O. Box 660702
Dallas, TX 75266

Merrick Bank
10705 S. Jordan Gateway
#200
South Jordan, UT 84095

Midland Credit Management
2365 Northside Dr
Ste 300
San Diego, CA 92108

Midland Credit Management
P.O. Box 939069
San Diego, CA 92193

Midland Funding LLC
PO Box 965013
Orlando, FL 32896

Miramed Revenue Group
360 E 22nd St
Lombard, IL 60148

Mitchell D. Bluhm & Assoc
2222 Texoma Parkway
#160
Sherman, TX 75090

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

MRI Associates of St. Pete
750 94th Ave N #206
Saint Petersburg, FL 33702

Neurogical Associates of
Tampa Bay
603 7th St S
# 540
Saint Petersburg, FL 33701

PayPal Credit Services
P.O. Box 960080
Orlando, FL 32896

Pin Point Radiology
Optimal Readings
P.O. Box 1259
Oaks, PA 19456

Pinellas Dental Center
111 First St NW
Largo, FL 33770

Pollack & Rosen PA
806 S Douglas Rd
South Tower
Coral Gables, FL 33134

Portfolio Recovery
Associates LLC
PO Box 12914
Norfolk, VA 23541

Portfolio Recovery
Associates LLC
P.O. Box 35389
Saint Petersburg, FL 33705

Portfolio Recovery Assoc LLC
PO Box 12914
Norfolk, VA 23541

Professional Account
Services Inc
P.O. Box 58
Brentwood, TN 37024

Professional Account
Sertvices Inc
PO Box 1280
Oaks, PA 19456

Professional Adjustment Corp
P.O. Box 1507
Inverness, FL 34451

RMB Inc
409 Bearden Park Circle
Knoxville, TN 37919

Rotech Healthcare Inc
P.O. Box 510987
Livonia, MI 48151

RPM Performance
Alois J. Ollerer
3493 Tyrone Blvd N
Saint Petersburg, FL 33710

Rubin & Raine of New Jersey
PO Box 949
Eatontown, NJ 07724

St. Pete Garage
501 49th St
Saint Petersburg, FL 33707

Suncoast Medical Clinic LLC
PO Box 5157
Belfast, ME 04915

Suncoast Medical Clinic LLC
P.O. Box 12868
Saint Petersburg, FL 33733

Sunstar Emergency
Medical Services
PO Box 51074
Tampa, FL 33631

Synchrony Bank/Amazon
P.O. Box 960013
Orlando, FL 32896

Syncrony Bank Adv. Call
Center Tech LLC
PO Box 960080
Orlando, FL 32896

Terminix
8040 Bryan Dairy Rd
#C
Seminole, FL 33777

Transworld Systems Inc
PO Box 1864
Santa Rosa, CA 95402

Trina Espinola MD
625 6th Street S
#385
Saint Petersburg, FL 33701

UCSF Dermatopathology &
Oral Path. Services
P.O. Box 749802
Los Angeles, CA 90074